**DAPEER ROSENBLIT LITVAK, LLP**
William Litvak
(Cal. Bar No. 90533)
wlitvak@drllaw.com
11500 W. Olympic Blvd. Suite 550
Los Angeles, California 90064
(t) (310) 477-5575
(f) (310) 477-7090

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq.
(FL Bar No. 0100537)
(Cal. Bar No. 330990)
20900 NE 30th Ave, Suite 417
Aventura, FL 33180
Telephone: 305-975-3320
scott@edelsberglaw.com

**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis, Esq.
(*pro hac vice forthcoming*)
14 NE 1st Avenue, Suite 400
Miami, Florida 33132
Telephone: 305-479-2299
ashamis@shamisgentile.com

*Counsel for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ BALLADARES, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>MICHAEL CADILLAC, INC. D/B/A MICHAEL CHEVROLET,<br>*Defendant*. | Case No. 1:20-cv-00563-DAD-JDP<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE AMENDED COMPLAINT** |

**WHEREAS**, on April 17, 2020, Plaintiff Luz Balladares ("Plaintiff") filed his Complaint for Violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, against Defendant Michael Cadillac, Inc. d/b/a Michael Chevrolet ("Defendant").

**WHEREAS** on July 3, 2020, Defendant filed its Answer and Affirmative Defenses to Plaintiff's Complaint.

**WHEREAS** Plaintiff seeks to file his first Amended Complaint for Violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227.

**WHEREAS** a copy of Plaintiff's proposed Amended Complaint for Violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 is attached hereto as **Exhibit "A."**

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendant, by and through their respective counsel, that:

1. Plaintiff should be granted leave to file his Amended Complaint for Violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, a copy of which is attached hereto as **Exhibit "A."**

Dated: July 30, 2020,                      Respectfully submitted,

                                           By: *Scott Edelsberg*

                                           **EDELSBERG LAW, P.A.**
                                           Scott Edelsberg, Esq.
                                           (FL Bar No. 0100537)
                                           (Cal. Bar No. 330990)
                                           scott@edelsberglaw.com
                                           20900 NE 30th Ave, Suite 417
                                           Aventura, FL 33180
                                           Telephone: 305-975-3320

**DAPEER ROSENBLIT LITVAK, LLP**
William Litvak
(Cal. Bar No. 90533)
wlitvak@drllaw.com
11500 W. Olympic Blvd. Suite 550
Los Angeles, California 90064
(t) (310) 477-5575
(f) (310) 477-7090

**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis, Esq.
(FL Bar No. 101754)
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 1205
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Proposed Class*

Dated: July 30, 2020

By: */s/ Harrison Brown*

**BLANK ROME LLP**
Harrison Brown
(Cal. Bar No. 291503)
hbrown@blankrome.com
2029 Century Park East
6th Floor
Los Angeles, CA 90067
(t) (424) 239.3400

*Counsel for Defendant*

---
3
STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE AMENDED COMPLAINT

**ORDER**

The court having reviewed the foregoing Stipulation, and good cause appearing:

It is hereby ordered that plaintiff, Luz Balladares, is granted leave to amend to file his Amended Complaint for Violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, a copy of which is attached hereto as Exhibit "A."

IT IS SO ORDERED.

Dated:   August 11, 2020                                   _____
                                                                           UNITED STATES MAGISTRATE JUDGE

No. 204.