UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ BALLADARES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL CADILLAC, INC.,<br><br>　　　　Defendant. | Case No.   1:20-cv-00563-DAD-JDP<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE CASE<br><br>ECF No. 28 |

The parties have filed a notice of voluntary dismissal of his case. ECF No. 28. Under Rule 41(a) the parties may voluntarily dismiss this action without an order from the court. Fed. R. Civ. P. 41(a)(1)(A)(ii). Thus, this case has been dismissed as stipulated in the parties' notice. The clerk of court is directed to close this case.

IT IS SO ORDERED.

Dated:   November 6, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeremy Peterson
UNITED STATES MAGISTRATE JUDGE